# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, AS RECEIVER FOR CARDINAL GROWTH, L.P., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 12-cv-4133 |
| VINCENT JOHN GOODWIN, a.k.a. V. JOHN GOODWIN; GOLDCREST DISTRIBUTION, LTD., a British Virgin Islands corporation; JUNKEI LIN, a.k.a. LIN SHUNQING; DAVID LUBECK; JEANNE LUBECK; BRUCE RUZGIS; the TIMOTHY K. OZARK REVOCABLE TRUST; TIMOTHY K. OZARK; and MARK CARR, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## RECEIVER'S AGREED MOTION FOR
## ENTRY OF JUDGMENT BASED ON STIPULATION

NOW COMES the United States Small Business Administration as Receiver for Cardinal Growth, L.P. (the "Receiver"), by and through its counsel, Senak Keegan Gleason Smith & Michaud, Ltd., and pursuant to Federal Rule of Civil Procedure 58(d), hereby moves the Court for the entry of an Order of Judgment against Defendant Mark Carr ("Mr. Carr"), based on a Stipulation between the Receiver and Carr. In support of this motion, the Receiver states as follows:

1. On June 16, 2011, the Honorable Ruben Castillo appointed the U.S. Small Business Administration as Receiver to Cardinal Growth, L.P. ("Cardinal Growth") in the case captioned *United States of America v. Cardinal Growth, L.P.*, Case No. 1:11-cv-4071 in the U.S. District Court for the Northern District of Illinois. The Consent Order for Receivership has been attached to the Complaint in the instant action as Exhibit 1. [Docket # 1-1, p. 2-7].

2. On May 27, 2012, the instant litigation (the "Unfunded Litigation") was instituted by the Receiver against the Private Limited Partners of Cardinal Growth who failed to fulfill their obligations to make capital contributions to Cardinal Growth, so the Receiver may collect the balances of the unfunded capital commitments due under the Limited Partnership Agreement, in accordance with the Consent Order for Receivership.

3. Shortly before May 15, 2012, the Receiver and Mr. Carr entered into a Stipulation and Agreed Order of Judgment ("Stipulation") in the amount of $25,289.52. That Stipulation and Agreed Order of Judgment has been attached hereto as Exhibit A.

4. The Stipulation refers to the parties separate written settlement agreement, which calls for Mr. Carr to make 24 monthly payments, in the amount of $1,1053.73, on the 15th of each month. After the Stipulation was prepared and executed, Mr. Carr made two such payments (on May 15, 2012 and June 15, 2012) as called for under the settlement agreement.

5. Accordingly, in view of Mr. Carr's payments, the Receiver seeks a judgment in the amount of $23,182.06, a lower amount than the $25,289.52 reflected in the Stipulation executed by Mr. Carr and the Receiver.

6. Therefore, the amount of $23,182.06 should be entered as a judgment against Mr. Carr, reflecting his payments referenced in Paragraph 4 above. The Receiver has accordingly drafted a Revised Proposed Agreed Order of Judgment Based on Stipulation and attached the same as Exhibit B hereto.

WHEREFORE, based on the foregoing, the United States Small Business Administration as Receiver for Cardinal Growth, L.P., respectfully requests that this Honorable Court enter an Order of Judgment against Defendant Mark Carr in the amount of $23,182.06, and make an express finding that there is no just reason to delay enforcement of such judgment within the meaning of Federal Rule of Civil Procedure 54(b).

Respectfully submitted,

By:   */s/ Arlene P.Messinger*
      Arlene P. Messinger
      Office of General Counsel
      U.S. Small Business Administration
      409 Third Street, S.W., Seventh Floor
      Washington, D.C. 20416
      (202) 205-6857

By:   */s/ Thomas A. Smith*
      Thomas A. Smith
      Thomas B. Keegan
      SENAK KEEGAN GLEASON
      SMITH & MICHAUD, LTD.
      621 South Plymouth Court, Suite 100
      Chicago, IL 60605
      (312) 214-1400

      *Attorneys for the United States Small Business Administration as Receiver for Cardinal Growth, L.P.*